

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00332-CV

| | | |
|---|---|---|
| J. MICHAEL FERGUSON, P.C., J. MICHAEL FERGUSON, ANSON FINANCIAL, INC. AND MBH REAL ESTATE, LLC, Appellants | § § § | On Appeal from the 17th District Court of Tarrant County (017-287611-16) |
| v. | § § | May 20, 2021 |
| GHRIST LAW FIRM, PLLC, AND IAN GHRIST, Appellees | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is reversed in part, rendered in part and affirmed as modified. We reverse that portion of the trial court's judgment that grants relief against Anson and MBH and we render judgment that Ghrist take nothing on his claims against those parties. We modify the judgment to delete the requirement that the Ferguson Firm disgorge $7,528.09 and to reflect that the total amount of damages awarded against the firm is $212,586.68. We affirm the judgment as modified.

It is further ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth